

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 4, 1957

Honorable E. W. Patteson
County Attorney
Gonzales County
Gonzales, Texas

Dear Sir:

Opinion No. WW-145

Re: Whether or not a wife must file a divorce suit before she may proceed under Article 604, Penal Code of Texas

You recently requested an opinion from this office on the following question:

"Is it necessary for a wife to file a divorce proceeding before she may take advantage of the provisions contained in Article 604, Penal Code of Texas?"

It is our opinion that it is unnecessary for a divorce proceeding to precede the action contemplated by Article 604, Penal Code.

Article 604, Penal Code of Texas, is as follows:

"The Court during its term, or Judge thereof in vacation after the filing of complaint against or after the return of indictment of any person for the crime of wife, or of child, or of wife and child desertion shall upon application of the complainant give notice to the defendant of such application and may upon hearing thereof enter such temporary orders as may seem just, providing for the support of deserted wives and children or both, pendente lite, and may punish for the violation or refusal to obey such order as for contempt."

We find the following statement in <u>Ex Parte Taylor</u>, 137 Tex. 505, 155 S.W.2d 358 (1941):

"It was well settled by the decisions of this State, prior to the enactment of Article 4639a, Acts 1935, 44th Leg., p. 111, ch. 39, Vernon's Annotated Texas Statutes, that the courts of this State, in an independent suit not involving a divorce or

the custody of a minor child, were without au-
thority to compel the payment of allowances by
a parent for the support of his minor child.
Cunningham v. Cunningham, 120 Tex. 491, 40 S.W.
2d 46, 75 A.L.R. 1305; Bowyer v. Bowyer, 130 Tex.
257, 109 S.W.2d 741. In the above statement we
have no reference to a criminal action such as
is provided for in the Penal Code, Article 604,
which is not here involved."

". . .

"It is very clear from a reading of the
above Act that it does not attempt to enlarge the
power of the court so as to authorize the compel-
ling of such payments in suits not involving a
suit for divorce or the custody of a minor child.
. . ."

It will be noticed that Ex Parte Taylor and the cases
cited therein as authorities for the holding have reference to
child support actions.

These decisions were written prior to the enactment
of Article 4639b, Revised Civil Statutes of Texas, Acts 1955,
54th Legislature. This new legislative enactment permits a suit
independent of a divorce proceeding to compel child support pay-
ments.

Certainly Article 604, Penal Code of Texas is an ancil-
lary proceeding to a criminal action and is not conditional upon
a divorce proceeding first being instituted.

## SUMMARY

Article 604, Penal Code of Texas, provides an-
cillary relief to a criminal action, and it is not
necessary for a wife to file a divorce proceeding in
order to take advantage of the provision of said
statute.

Very truly yours,

WILL WILSON
Attorney General of Texas

By
J. L. Smith
Assistant

JLS:jl:rh:wb

APPROVED:

OPINION COMMITTEE:

H. Grady Chandler, Chairman
Robert O. Smith
Ed Cazares
Will Davis

REVIEWED FOR THE ATTORNEY GENERAL

BY:   Geo. P. Blackburn